# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR 2 6 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL SOTO (2),<br><br>Defendant. | CASE NO. 14CR0219-MMA<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

The Court has granted the motion of the Government for dismissal of the offense as charged in the Indictment 21 USC 841(a)(1) and 846 Conspiracy to Distribute Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/26/2018

Michael M. Anello
U.S. District Judge